# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH LOPER DEWRELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION 20-0140-WS-B ) |
| JIMMY CARVER, et al., | ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on its *sua sponte* review of its subject matter jurisdiction. The defendants removed on the basis of diversity of citizenship. To establish the amount in controversy, they relied on a settlement demand issued several months prior to the filing of this action. By previous order, the Court concluded that the settlement demand "does not provide specific information suggesting that over $75,000 is in controversy." (Doc. 5 at 3). The Court ordered the defendants to supplement their removal papers so as to adequately demonstrate the existence of diversity jurisdiction. (*Id*. at 5).

In response, the defendants have informed the Court that they have no additional evidence with which to satisfy their burden of demonstrating by a preponderance of the evidence that the amount in controversy more likely than not exceeds $75,000, exclusive of interest and costs. (Doc. 6 at 5). Accordingly, for reasons set forth in the Court's previous order, this action is **remanded** to the Circuit Court of Mobile County

DONE and ORDERED this 6th day of April, 2020.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE